UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNA M. WHITLEY, <br><br> Plaintiff, <br><br> *vs.* <br><br> CAROLYN W. COLVIN, Commissioner of Social Security, <br><br> Defendant. | CAUSE NO. 1:13-cv-695-DKL-JMS |

## JUDGMENT

The Court, having this date issued its Entry herein, hereby **ORDERS, ADJUDGES, and DECREES** that the decision of the Commissioner denying Plaintiff's claim for disability benefits is **AFFIRMED**. This is a final judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED this date: 09/29/2014**

_[signature]_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.